In the Matter of the Application of HENRIETTA COOPERSMITH, Respondent, for a Certiorari Order against HARRIS H. MURDOCK and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants; JAMES HAUGHEY, Intervenor.— The board of standards and appeals of the city of New York, after a hearing, made a determination revoking the certificate of occupancy of premises which were being used as a stable for more than five horses. Thereafter, in a certiorari proceeding to review this determination the Special Term referred the issues to an official referee for hearing. On petitioner's motion the Special Term then made an order confirming the referee's report, sustaining the certiorari order, reversing the determination of the board and reinstating the certificate of occupancy. From this order the board appeals. Order reversed on the law and the facts, without costs, motion to confirm report of official referee denied, proceeding dismissed, without costs, and determination of the board of standards and appeals reinstated and confirmed. The evidence before the board was sufficient to support its conclusion that prior to 1916 there never was a nonconforming use of the premises. The stabling of cows, as incidental or accessory to the maintenance of a dairy farm, was not a use proscribed by the zoning ordinance in the area in which the premises are located. However, the present use of the premises as a stable for more than five horses is a prohibited use. Such a use cannot be deemed a continuance of the use prior to 1916. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

In the Matter of the Petition of THE NATIONAL CITY BANK OF NEW YORK, as Executor under the Will of JUSTUS G. DETTMER, Deceased, for a Construction of Said Will. EMPIRE TRUST COMPANY, as Executor, etc., of CAROLYN DETTMER WOOD, Deceased, Appellant; THE NATIONAL CITY BANK OF NEW YORK, as Executor, etc., of JUSTUS G. DETTMER, Deceased, and MARY VOGELSANG, Respondents.— Appeal from a decree of the Surrogate's Court, Kings County, construing the last will and testament of Justus G. Dettmer, deceased, so that in effect the respondent Mary Vogelsang, the legatee named in the will, is entitled to receive outright and absolutely the legacy provided for her. By its terms the decree provides that a condition in the will in restraint of marriage is void as contrary to public policy. Decree, in so far as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the Dettmer estate. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [176 Misc. 512.]

In the Matter of Proving the Last Will and Testament of EVA HAPPERSBERGER, Deceased. ANNA BRUMME, Named as Executrix, etc., of EVA HAPPERSBERGER, Deceased, Respondent; MARY A. SCHMITT and Others, Appellants.— Decree of the Surrogate's Court of Nassau County admitting will to probate unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.